IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-CV-00177-REB-BNB

UNIVERSAL STEEL BUILDINGS CORP., d/b/a OLYMPIA STEEL BUILDINGS, a Pennsylvania Corporation, and
SDD ENTERPRISES CORPORATION, a Pennsylvania Corporation;

    Plaintiffs,

v.

NATIONWIDE WHOLESALE STEEL, INC., a Colorado Corporation;
OLYMPIA BUILDINGS, LLC, a Colorado Limited Liability Company;
JEFF EHREN LANGE; and
BRIAN MILES.

    Defendants.

**STIPULATED JUDGMENT** AND CONSENT DECREE

On the consent and agreement of Plaintiffs, Universal Steel Buildings Corp. d/b/a Olympia Steel Buildings ("Universal Steel") and SDD Enterprises Corporation ("SDD") (collectively "Plaintiffs"), and Defendants Nationwide Wholesale Steel, Inc. ("NWSI"), Olympia Buildings, LLC ("OBLLC") ("Business Defendants"), Jeff Ehren Lange, and Brian Miles ("Individual Defendants") (collectively "Defendants"), to the entry of this Stipulated Judgment and Consent Decree, and this Court having been being fully and sufficiently advised:

WHEREAS, on or about January 28, 2009, Plaintiffs filed a Complaint in this action charging Defendants with trademark infringement, trademark counterfeiting, trademark dilution, misrepresentation, false designation of origin, copyright infringement, deceptive trade practices, unfair competition, unjust enrichment, and civil conspiracy.

WHEREAS, Defendants recognize and acknowledge the validity of Plaintiffs' Mark, Copyrights, and Trade Names;

WHEREAS, Parties desire to finally settle and resolve any and all matters in dispute between them in relation to the above-captioned litigation;

WHEREAS, Parties have agreed to the terms of this Stipulated Judgment and Consent Decree in consideration of the foregoing recitals and the mutual promises and releases contained herein and other good and valuable consideration, the legal sufficiency of which is hereby acknowledged;

WHEREAS, the Effective Date of this Stipulated Judgment and Consent Decree is the date of the last signature by or on behalf of a Party in the signature block set forth below; and

WHEREAS, each of the Parties, intending to be legally bound, understands, agrees, stipulates, and resolves as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1332, 1338, and 1367. This Court also has jurisdiction over the Parties, and venue is proper in this judicial district.

2. The registration of Plaintiff SDD for the trademark "OLYMPIA STEEL BUILDINGS," U.S. Reg. No. 2,402,535, which is the subject of this action, is valid and enforceable.

3. The exclusive license from Plaintiff SDD to Plaintiff Universal Steel for use of the Mark is valid and enforceable.

4. The registration of Plaintiff Universal Steel for a copyright on a brochure titled, "OLYMPIA VS. THE COMPETITION," U.S. Reg. No. VA 1-381-133, which is the subject of this action, is valid and enforceable.

5. The registration of Plaintiff Universal Steel for a copyright on a brochure titled, "OLYMPIA STEEL BUILDING SYSTEMS," U.S. Reg. No. VA 1-236-404, which is the subject of this action, is valid and enforceable.

6. The registrations of Plaintiff Universal Steel to do business in Colorado under the trade names "OLYMPIA STEEL BUILDINGS," Colo. Reg. No. 20091043810, "OLYMPIA BUILDINGS," Colo. Reg. No. 20091043824 , and "OLYMPIA STEEL," Colo. Reg. No. 20091043817, in conjunction with the sale and marketing of prefabricated steel buildings and components therefor, are valid and enforceable.

7. Defendants, for themselves and their respective partners, directors, officers, shareholders, employees, principals, agents, representatives, predecessors, successors, assigns, administrators, executors, beneficiaries, heirs and legal representatives, as well as all other parties under their control now or in the future, are hereby permanently enjoined from any use of the OLYMPIA STEEL BUILDINGS trademark, in whole or in part, any colorable imitation thereof, or any mark or wording confusingly similar thereto, on or in connection with any manufacture, advertising, promoting, marketing, distribution, selling, or offering for sale or distribution of any products or services, including, without limitation, pre-engineered or prefabricated steel buildings or related services, and including, without limitation, the use of any such mark, imitation, or wording in connection with any advertising of their products or services over the Internet, any Internet search engine website, the purchase of keyword search terms from any such Internet search engine website, or the purchase of any form of advertising or listing from any Internet search engine website.

8. Defendants, for themselves and their respective partners, directors, officers, shareholders, employees, principals, agents, representatives, predecessors, successors, assigns, administrators, executors, beneficiaries, heirs and legal

#1391344 v4 den

representatives, as well as all other parties under any of their control now or in the future, are hereby permanently enjoined from any use of the OLYMPIA VS. THE COMPETITION and OLYMPIA STEEL BUILDING SYSTEMS copyrights in whole or in part, any colorable imitation thereof, or any drawings or wording confusingly similar thereto, on or in connection with any manufacture, advertising, marketing, distribution, selling, or offering for sale or distribution of any products or services, including, without limitation, steel buildings or related services, and including, without limitation, the use of any such copyrighted material, imitation, or wording in connection with any advertising of their products or services over the internet, any internet search engine website, the purchase of keyword search terms from any such Internet search engine website, or the purchase of any form of advertising or listing from any Internet search engine website.

9. Defendants, for themselves and their respective partners, directors, officers, shareholders, employees, principals, agents, representatives, predecessors, successors, assigns, administrators, executors, beneficiaries, heirs and legal representatives, as well as all other parties under their control now or in the future, are hereby permanently enjoined from any use of the "OLYMPIA STEEL BUILDINGS," "OLYMPIA BUILDINGS," and "OLYMPIA STEEL" trade names in whole or in part, any colorable imitation thereof, or any names confusingly similar thereto, on or in connection with any manufacture, advertising, marketing, distribution, selling, or offering for sale or distribution of any products or services, including, without limitation, steel buildings or related services, and including, without limitation, the use of any such trade names, or wording in connection with any advertising of their products or services over the Internet, any internet search engine website, the purchase of keyword search terms from any such internet search engine website, or the purchase of any form of advertising or listing from any Internet search engine website.

4

10. Defendant Olympia Buildings, LLC was voluntarily dissolved on January 30, 2009. All other Defendants, for themselves and their respective partners, directors, officers, shareholders, employees, principals, agents, representatives, predecessors, successors, assigns, administrators, executors, beneficiaries, heirs and legal representatives, as well as all other parties under their control now or in the future, are hereby permanently enjoined from reviving Defendant Olympia Buildings, LLC and from forming or creating any new corporation, partnership, limited liability company, limited liability partnership, or other business entity using a name containing the word "OLYMPIA" in conjunction with either or both "STEEL" and "BUILDINGS."

11. In addition to the permanent injunctive relief sought above, judgment shall be entered jointly and severally against all Defendants in the amount of $100,000 as satisfaction for all of Plaintiffs' claims.

12. Simultaneously with the execution of this Stipulated Judgment and Consent Decree, the Parties have entered into a Settlement Agreement and Supplemental Agreement.

13. Pursuant to Fed. R. Civ. P. 41(a)(1) and the consent of the Parties stated herein, upon entry of this Stipulated Judgment and Consent Decree by the Court, the above captioned proceedings as between the Parties hereto are terminated and all claims stated between the Parties hereto are dismissed by the Court with prejudice.

14. The United States District Court for the District of Colorado shall have continuing jurisdiction over any breach of the provisions of this Stipulated Judgment and Consent Decree, the simultaneously executed Settlement Agreement and Supplemental Agreement, or any other related dispute between the Parties, so long as federal jurisdictional requirements are met, and such jurisdiction shall continue after the above-captioned action is dismissed pursuant to the provisions set forth herein.

#1391344 v4 den

15. In the event that any of Defendants are found by this Court, or any other court of competent jurisdiction, to have breached one or more of the terms of this Stipulated Judgment and Consent Decree or the Settlement Agreement, or the Supplemental Agreement between the Parties, Plaintiffs shall be entitled to recover from Defendants any damages suffered as a result of such a breach or any unlawful conduct of Defendant together with any and all attorney fees and costs of any nature incurred in connection with any effort or proceeding to enforce the terms hereof, the Settlement Agreement and the Supplemental Agreement.

16. Each Party acknowledges that it has read and understood the effect of this Stipulated Judgment and Consent Decree. Each Party states that it executes this Stipulated Judgment and Consent Decree of its own free will and accord and for the purposes and considerations set forth herein. Each Party waives any right to appeal from the terms of this Stipulated Judgment and Consent Decree.

17 Each Party hereby acknowledges the receipt and sufficiency of the consideration given in connection with this Stipulated Judgment and Consent Decree. The Parties enter into this Stipulated Judgment and Consent Decree with the intent to be legally bound by its terms and requirements. This Stipulated Judgment and Consent Decree shall bind and inure to the benefit of the Parties hereto and all of their assigns and successors in interest.

WHEREFORE, by and through their undersigned counsel, the preceding terms set forth herein are hereby accepted and agreed by and between Plaintiffs SDD Enterprises Corporation and Universal Steel Buildings Corp. and Defendants Nationwide Wholesale Steel, Inc., Olympia Buildings, LLC, Jeff Ehren Lange, and Brian Miles.

#1391344 v4 den

Dated: March 9, 2009

*s/ K. Preston Oade, Jr.*
K. Preston Oade, Jr.
Stephen D. Rynerson
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
E-mail: Preston.Oade@hro.com
           Stephen.Rynerson@hro.com
*Attorneys for Plaintiffs*

Dated: March 9, 2009

*s/ Marc L. Schatten*
Marc L. Schatten
SCHATTEN LAW FIRM
1439 Court Place
Denver, CO 80202
Telephone: (720) 939-8996
Facsimile: (720) 306-2359
E-mail: mls@denverlawfirm.com
*Attorney for Defendants*

ORDERED and ENTERED THIS 10th
DAY OF MARCH, 2009, BY THE
COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge